# DE MARCO & DE MARCO

Counsellors at Law
912 Belmont Avenue
North Haledon, New Jersey 07508
(973) 427-8843
Fax (973) 427-2891*
Fax (973) 427-9631**

Patrick C. De Marco*
Michael P. De Marco **
Joseph P. De Marco**

Of Counsel:
Robert J. Passero, A.J.S.C., Ret*
Margaret Mary Mc Veigh, P.J.Ch., Ret.*

August 2, 2021

**Via Electronic Filing**
Honorable Jessica S. Allen, U.S.M.J.
United States District Court – New Jersey
Martin Luther King Federal Building and U.S. Courthouse
50 Walnut Street, Room 2042
Newark, New Jersey 07102

     Re: Pober v. Cigna Health and Life Insurance Company
       Docket No.: 2:17-cv-05382

Dear Judge Allen:

  As Your Honor may recall, this firm represents the Plaintiff in connection with the above referenced matter. The Settlement Conference is scheduled for tomorrow, August 3, 2021 at 4:00 p.m. Please be advised that I am on vacation this week, and the other attorneys in my office have a scheduling conflict for tomorrow at 4:00 p.m. A such, I am respectfully asking for a two (2) week adjournment of the Settlement Conference.

  Thank you for Your Honor's attention to this matter.

            Respectfully submitted,

            DeMarco & DeMarco

            By: _____
              Joseph P. DeMarco

JPD/em
Cc: Ian T. Clarke-Fisher, Esq. – Via ECF